MICHAEL R. ESPOSITO, ESQ.
Nevada Bar No. 13482
SCHNITZER JOHNSON & WATSON, CHTD.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 362-6666
Facsimile: (702) 362-2203
E-Mail: mesposito@ksjattorneys.com
*Attorney for Defendant Capital One Financial Corporation*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Eleanor McCastle,<br><br>              Plaintiff,<br><br>v.<br><br>Equifax Information Services, LLC, Trans Union LLC; Clarity Services, Inc.; Capital One Financial Corporation; and Credit One Bank, N.A.,<br><br>              Defendants. | Case No.: 2:25-cv-00332-APG-EJY<br><br>STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER OR OTHER REPONSIVE PLEADING |

IT IS HEREBY STIPULATED by and between the Plaintiff, ELEANOR MCCASTLE, by and through her counsel, the FREEDOM LAW FIRM, and CAPITAL ONE FINANCIAL CORPORATION, by and through its counsel, KRAVITZ SCHNITZER JOHNSON WATSON & ZEPPENFELD., and agreed that Defendant CAPITAL ONE FINANCIAL CORPORATION shall have until Monday, April 28, 2025, in which to file its answer or

. . .

. . .

. . .

. . .

. . .

. . .

. . .

60739395 v1

other responsive pleading to Plaintiff's Complaint.

DATED this 14th day of April, 2025.

SCHNITZER JOHNSON & WATSON, CHTD.

*/s/ Michael R. Esposito, Esq.*
MICHAEL R. ESPOSITO, ESQ.
Nevada Bar No. 13482
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
*Attorneys for Defendant Capital One Financial Corporation*

DATED this 14th day of April, 2025.

FREEDOM LAW FIRM

*/s/ Gerardo Avalos, Esq.*
GEORGE HAINES ESQ.
GERARDO AVALOS, ESQ.
Nevada Bar No. 15171
8985 S. Eastern Avenue, Suite 350
Las Vegas, Nevada 89123
*Attorney for Plaintiff*

**ORDER**

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Date: April 15, 2025