MICHAEL R. ESPOSITO, ESQ.
Nevada Bar No. 13482
SCHNITZER JOHNSON & WATSON, CHTD.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 362-6666
Facsimile: (702) 362-2203
E-Mail: mesposito@sjwlawfirm.com
*Attorney for Defendant Capital One Financial Corporation*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Eleanor McCastle,<br><br>        Plaintiff,<br><br>v.<br><br>Equifax Information Services, LLC, Trans Union LLC; Clarity Services, Inc.; Capital One Financial Corporation; and Credit One Bank, N.A.,<br><br>        Defendants. | Case No.: 2:25-cv-00332-APG-EJY<br><br>STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER OR OTHER REPONSIVE PLEADING |

    IT IS HEREBY STIPULATED by and between the Plaintiff, ELEANOR MCCASTLE, by and through her counsel, the FREEDOM LAW FIRM, and CAPITAL ONE FINANCIAL CORPORATION, by and through its counsel, SCHNITZER JOHNSON & WATSON, CHTD., and agreed that Defendant CAPITAL ONE FINANCIAL CORPORATION shall have until Monday, May 26, 2025, in which to file its answer or

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

60739395 v1

other responsive pleading to Plaintiff's Complaint.

DATED this 25th day of April, 2025.                    DATED this 25th day of April, 2025.

SCHNITZER JOHNSON & WATSON, CHTD.                      FREEDOM LAW FIRM

*/s/ Michael R. Esposito, Esq.*                        */s/ Gerardo Avalos, Esq.*
MICHAEL R. ESPOSITO, ESQ.                              GEORGE HAINES ESQ.
Nevada Bar No. 13482                                   GERARDO AVALOS, ESQ.
8985 S. Eastern Avenue, Suite 200                      Nevada Bar No. 15171
Las Vegas, Nevada 89123                                8985 S. Eastern Avenue, Suite 350
*Attorneys for Defendant Capital One*                  Las Vegas, Nevada 89123
*Financial Corporation*                                *Attorney for Plaintiff*

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Date: April 28, 2025

Page 2 of 3

60739395 v1